SAMUEL A. WONG, SBN 217104
swong@aegislawfirm.com
KASHIF HAQUE, SBN 218672
khaque@aegislawfirm.com
JESSICA L. CAMPBELL, SBN 280626
jcampbell@aegislawfirm.com
ALEX J. VALLE, SBN 334263
avalle@aegislawfirm.com
AEGIS LAW FIRM, PC
9811 Irvine Center Drive, Suite 100
Irvine, CA 92618
Telephone:   (949) 379-6250
Facsimile:   (949) 379-6251

Attorneys for Plaintiff
ADRIANA MAGDALENA RAMOS

MICHAEL J. NADER, SBN 200425
michael.nader@ogletree.com
ALEXANDRA ASTERLIN, SBN 221286
alexandra.asterlin@ogletree.com
PAUL M. SMITH, SBN 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:   916-840-3150
Facsimile:   916-840-3159

Attorneys for Defendant
ROADSAFE TRAFFIC SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ADRIANA MAGDALENA RAMOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROADSAFE TRAFFIC SYSTEMS, INC.; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:23-CV-02085-KJM-CKD<br><br>**JOINT STIPULATION TO REMAND; AND ORDER**<br><br>Action Filed:    2/8/2023<br>Removal Filed:  9/22/23<br>Trial Date:        None Set |

Plaintiff Adriana Magdalena Ramos ("Plaintiff") and Defendant RoadSafe Traffic Systems, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree as follows:

WHEREAS, on February 8, 2023, Plaintiff filed a wage and hour putative class action complaint against Defendant in the Sacramento County Superior Court.

WHEREAS, on September 22, 2023, Defendant removed this case to the District Court for the Eastern District of California.

WHEREAS, on October 23, 2023, Plaintiff filed her Motion to Remand Action to State Court, on the basis that the amount in controversy did not exceed $5 million, and remand is therefore required.

WHEREAS, on November 6, 2023, Defendant filed its Opposition to Plaintiff's Motion to Remand Action to State Court.

WHEREAS, on November 16, 2023, Plaintiff filed her Reply in Support of Motion to Remand Action to State Court.  As of the date of this Joint Stipulation, the Court has yet to rule on Plaintiff's Motion to Remand Action to State Court.

WHEREAS, on November 27, 2023, pursuant to the Parties' joint stipulation, the Court stayed this case and vacated all hearing dates until March 14, 2024, pending the Parties' mediation.

WHEREAS, on January 23, 2024, the Parties attended early private mediation with the Hon. Carl. J. West (Ret.), a respected mediator in wage and hour class actions. At mediation, the Parties reached an agreement to settle this Class Action case for less than $5,000,000.

WHEREAS, on February 13, 2024, the Parties fully executed the memorandum of understanding memorializing the terms of their settlement agreement.

WHEREAS, a material term of the Parties' settlement includes remanding this Class Action matter to the Sacramento County Superior Court.

//

//

WHEREAS, the Parties have agreed and hereby stipulate that the Action be remanded to the jurisdiction of the Sacramento County Superior Court for all further proceedings.

**IT IS SO STIPULATED.**

Dated: February 16, 2024    **AEGIS LAW FIRM, PC**

By: _____
   Jessica L. Campbell
   Alex J. Valle
   Attorneys for Plaintiff Adriana Magdalena Ramos

Dated: February 16, 2024

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By:    */s/Paul M. Smith*
   Michael J. Nader
   Alexandra Asterlin
   Paul M. Smith

   Attorneys for Defendant
   ROADSAFE TRAFFIC SYSTEMS, INC.

-2-

JOINT STIPULATION TO REMAND; AND ORDER

## ORDER

**THIS COURT**, having read and considered the Joint Stipulation to Remand among and between plaintiff ADRIANA MAGDALENA RAMOS and defendant ROADSAFE TRAFFIC SYSTEMS, INC., and finding good cause therefor, orders as follows:

1. This action is remanded in its entirety to the Sacramento County Superior Court.
2. All other dates currently pending and/or scheduled in this action are vacated.

**IT IS SO ORDERED.**

DATED:  February 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE